473 A.2d 658

Commonwealth v. Melvin, Appellant.

Argued May 11, 1983. Michael Alan Shechtman, for appellant;

576

Robert Ciaffa, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

WICKERSHAM, J., concurred in the result.